| Date | Pleading Number | |
|---|---|---|
| 1/2/74 | 1. | MOTION of IBM for consolidation of actions A-1 thru A-7 for pretrial proceedings under Secton 1407. Supporting brief and certificate of service attached. REQUESTED TRANSFEREE FORUM: N.D. California or C.D. California |
| 1/11/74 | | MARSHALL INDUSTRIES request for extension of time to file response |
| 1/11/74 | | California Computer Products, Inc., Centrury Data Systems, Inc., and Hudson General Corporation request for extension of time to respond to motion |
| 1/11/74 | | ORDER - extending time to ALL to and including Feb. 19, 1974 to file and serve responses to motion. |
| 1/16/74 | | MEMOREX CORP., MRX Sales and Service Corp., ILC Peripherals Leasing CORP. AND MEMOREX A.B. SWEDEN request for extension to Feb. 19, 1974 |
| 1/18/74 | | TRANSAMERICA CORP. request for extension of time to Feb. 19, 1974 |
| 2/14/74 | 2 | MARSHALL INDUSTRIES response to motion w/cert. of service |
| 2/19/74 | 3 | CALIFORNIA COMPUTER PRODUCTS, AND CENTURY DATA SYSTEMS, AND HUDSON GENERAL CORP. response to motion w/cert. of service. |
| 2/19/74 | 4 | ILC PERIPHERALS LEASING response to motion w/cert. of service |
| 2/19/74 | 5 | TRANSAMERICA COMPUTER CO. response to motion w/cert. of service |
| 2/20/74 | 6 | HOWARD S. LEVIN AND LEVIN COMPUTER CORP. response to motion w/cert. of service. |
| 2/26/74 | | HEARING ORDER - Setting A-1 through A-7 for hearing, March 22, 1974 Denver, Colorado |
| 2/27/74 | 7 | IBM reply brief, w/cert. of service |
| 5/13/74 | | CONSENT OF CHIEF JUDGE CARTER FOR JUDGE MCNICHOLS (from the D.Idaho) to handle litigation in the N.D. California pursuant to 28 U.S.C. §1407 |
| 5/13/74 | | OPINION AND ORDER transferring actions pending in the C.D. California to the N.D. california for coordinated or consolidated pretrial proceedings before Judge McNichols pursuant to 28 U.S.C. §1407 |
| 2/18/75 | 8 | MOTION AND BRIEF -- IBM to add two additional actions for transfer to the N.D. California pursuant to 28 U.S.C. §1407 complaints attached |
| 3/3/75 | 9 | RESPONSE, BRIEF IN SUPPORT-- Sanders Associates, Inc. w/cert. of service |
| 3/5/75 | | Memory Technology, inc. v. IBM, D. Mass, 74-5051S Sanders Assoc., Inc., et al. v. IBM, D. N.H., C74-14 HEARING ORDER -- March 21, 1975, Dallas, Texas Notified counsel, involved judges |
| 3/10/75 | | Letter from counsel for Memory Technology stating no objection to transfer |
| 3/10/75 | 10 | REPLY BREIF --IBM to Sanders Associate Response w/cert/ of service |
| 3/17/75 | | ORDER -- correcting hearing order of 3/5/75 to read N. D. Calif. Notified counsel |
| 5/5/75 | | MEMORY TECHNOLOGY, INC. V. IBM, D. MASS, 74-5051-S SANDERS ASSOC. V. IBM, D. N.H. C-75-14 OPINION AND ORDER transferring actions to the N.D. California for coordinated or consolidatedpretrial proceedings pursuant to 28 U.S.C. §1407. |
| 8/21/75 | | LETTER -- From J. McNichols to J. Murrah stating action is ready for remand SANDERS V. IBM |
| 8/21/75 | | LETTER -- From counsel for IBM to J. McNichols stating Opposition to remand of SANDERS V. IBM |
| 8/21/75 | | SHOW CAUSE ORDER -- SANDERS V. IBM why action should not be remanded to D. New Hampshire pursuant to 28 U.S.C. §1407. Notified counsel Notifed judge |
| 9/2/76 | | HEARING ORDER -- Setting Sanders v. IBM for hearing 9/26/76 Los Angeles, Calif. |

| Date | Pleading Number | | from IBM |
|---|---|---|---|
| 9/5/75 | | REQUEST FOR EXTENSION TO FILE RESPONSE TO SHOW CAUSE ORDER --to and including september 24, 1975 -- DENIED | |
| 9/8/75 | 11 | RESPONSE -- CALIFORNIA PLAINTIFFS w/cert of service | |
| 9/8/75 | 12 | RESPONSE -- SANDERS ASSOCIATES, INC. w.Cert. of service | |
| 9/8/75 | 13 | RESPONSE -- IBM w/cert. of service | |
| 9/15/75 | 14 | REPLY -- IBM w/cert. of service | |
| 9/15/75 | 15 | REPLY -- Sanders Assoc. w/cert of service | |
| 9/26/75 | | FILED IN OPEN COURT -- Transcript of oral Argument on IBM's Argument to Withdraw Suggestion of Remand | |
| 9/26/75 | | FILED IN OPEN COURT -- X ORDER re: IBMs Motion to Withdraw Remand | |
| 1/22/76 | | OPINION AND ORDER -- REMANDING SANDERS ASSOC., INC. V. IBM. N.D. CALIF. Civil Action No. C74-1449-RM -- Remanding action to D. New Hampshire | |
| 2/19/76 | 16 | MOTION FOR APPOINTMENT OF DEPOSITION JUDGE -- California Computer w/cert. of service | |
| 4/21/76 | | OPINION AND ORDER RE: Judge McNichols as deposition Judge in S.D.N.Y. in this litigation.-- Clarifing transferee judges to conduct depositions pursuant to 28 U.S.C. §1407 in any district. | |
| 11/3/76 | | STIPULATION FOR REMAND -- California Computer Products, Inc. Century Data Systems IBM Approved by J. McNichols | |
| 11/3/76 | | ORDER -- REMANDING -- (A-1) Calif. Computer Products, et al. v. IBM to the C.D. California -- Notified counsel, involved judges involved clerks | |

O&O, 5/13/74 **375** F. SUPP. **1376**
O&O 5/5/75 **394** F. SUPP. **796**
O&O 1/23/76 **407** F. Supp. **254**
O&O 4/21/76 411 F.Supp 791

DOCKET NO. 163 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

## IN RE IBM PERIPHERAL EDP DEVICES ANTITRUST LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 3/22/74
Date(s) of Opinion(s) or Order(s) 5/13/74
Consolidation Ordered XXX     Name of Transferee Judge RAY MCNICHOL
Consolidation Denied ____     Transferee District N.D. CALIFORNIA

| Intra-Office Number | | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|---|
| A-1 | | California Computer Products, Inc., et al. v. IBM Corp. | C.D.Cal. | 73-2331-RM | 5/13/74 | C-74-1180 remanded 5/5/76 | | IBM Mot. 1/2/74 |
| A-2 | | Hudson General Corp. v. IBM Corp. | C.D.Cal. | 73-2796-F | 5/13/74 | C-74-1185 | 12/7/83 | " " |
| A-3 | X | Transamerica Computer Co., a Corp. v. IBM Corp. | N.D.Cal. | C-73-1832-WTS | NT | GRH | Sept 1978 | " " |
| A-4 | | ILC Peripherals Leasing Corp. v. IBM Corp. | N.D.Cal. | C-73-2238-RHS | NT | | 8/11/78 | " " |
| A-5 | X | Memorex Corp., et al. v. IBM Corp. | N.D.Cal. | C-73-2239-SC | NT | | 8/11/78 | " " |
| A-6 | | Memorex A.B. (Sweden), et al. v. IBM Corp. | N.D.Cal. | C-73-2240-ACW | NT | | 7/20/77 | " " |
| A-7 | | Marshall Industries, a Corp. v. IBM Corp. | N.D.Cal. | C-73-3043-WJF | 5/13/74 | | 10/3/75 Closed on appeal | " " |
| XYZ-1 | | Forro Precision Inc. v. I.N.M. | N.D.CAL | C-74-1653 | | | | |
| XYZ-2 | | DPF INC. V. IBM | N.D.Cal | C-74-1920 | | | 5/1/84 | |

DOCKET NO. 163 (CONTINUED)    PAGE _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Howard S. Levin v. IBM | D.N.J. | 1173-72 | | NOT RELATED | | |
| B-2 | Mira Pac Inc. v. IBM | S.D.Tex | 73-H-677 | | NOT RELATED | | |
| B-3 | Symbolic Control, Inc. v. IBM | N.D.Cal | C71-2207-AJZ | | NOT RELATED | | |
| C-1 | Memory Technology, Inc. v. IBM | D. Mass Skinner | 74-5051-S | 5/5/75 | C-75-093 | 3/29/76 | IBM Motion 2/18/75 |
| C-2 | Sanders Associates, Inc., et al. v. IBM | D. N.H. Hugh A. Bownes | C75-14 | 5/5/75 | C-75-1449-RM ~~C-75-0930~~ | Remanded 1/22/76 | |

Verified August July 1976

5 ___
___ XYZ
(2) 1 Dism Rem
9 Pending

July 1978
3 actions Reassigned

July 1980 - 5 TD/4 XYZ/3 Rem/2 Rem/4 Dis/2 Pdg
July 1983 - Same

Docket Closed Feb 1984

July 1977
Verified
Docket

1/2
(3)/5 Pdg.

(3)/5 Pdg

July 1980  July 1980
5 TD
6 XYZ
3 Reassigned
2 Remanded
3 Dism
3 Pending

9/78

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 163 -- IN RE IBM PERIPHERAL EDP DEVICES ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| CALIFORNIA COMPUTER PRODUCTS, INC., ET AL. (A-1)<br>HUDSON GENERAL CORP. (A-2)<br>Maxwell M. Blecher, Esquire<br>Blecher, Collins & Hoecker<br>612 South Flower St., Suite 1250<br>Los Angeles, California  90017<br><br>TRANSAMERICA COMPUTER CO. (A-3)<br>Richard J. Lucas, Esquire<br>Orrick, Herrington, Rowley & Sutcliffe<br>600 Montgomery Street<br>San Francisco, California  94111<br><br>ILC PERIPHERALS LEASING CORP. (A-4)<br>MEMOREX CORP., ET AL. (A-5)<br>MEMOREX A.B. (SWEDEN), ET AL. (A-6)<br>Robert D. Raven, Esquire<br>Morrison, Foerster, Holloway, Clinton & Clark<br>One Post St., Suite 2700<br>San Francisco, California  94104<br><br>MARSHALL INDUSTRIES (A-7)<br>John H. Brinsley, Esquire<br>Adams, Duque & Hazeltine<br>523 West Sixth Street<br>Los Angeles, California  90014<br><br>MEMORY TECHNOLOGY (C-1)<br>Terry Philip Segal, Esq.<br>Testa, Hurwitz & Thibeault<br>10 Post Office Square<br>Boston, Mass.  02109<br><br>SANDERS ASSOCIATES C-2<br>Joseph A. Millimet, Esq.<br>Devine, Millimet, Stahl & Branch<br>1838 Elm Street<br>Manchester, New Hampshire  03105 | INTERNATIONAL BUSINESS MACHINES CORP.<br>O'Melveny & Myers<br>611 West Sixth Street<br>Los Angeles, California  90017 |

| Plaintiff | Defendant |
|---|---|
| MIRA-PAK, INC. (B-2)<br>Stephen D. Susman, Esquire<br>Fulbright & Crooker<br>Bank of the Southwest Building<br>Houston, Texas  77002<br><br>HOWARD S. LEVIN, ET AL. (B-3)<br>Stanley Weiss, Esquire<br>Carpenter, Bennett & Morrissey<br>744 Broad Street<br>Newark, New Jersey  07102 | Local Counsel for IBM C-2<br>Kimon S. Zachos, Esq.<br>Thomas H. Richards, Esq.<br>Sheehan, Phinney, Bass & Green<br>1000 Elm Street<br>Manchester, New Hampshire  03101 |